```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| REYNALDO MENCHACA, § § § Plaintiff, § § vs. § § ACADIAN INTEGRATED SOLUTIONS, § *a wholly-owned subsidiary of* § ACADIAN AMBULANCE SERVICE, INC. § § Defendant. § § | C.A. NO. C-06-528 |

### ORDER

On this day came on to be considered Plaintiff Reynaldo Menchaca's "Motion for Continuance of Initial Pretrial & Scheduling Conference." (D.E. 9.)  The Court DENIES the Plaintiff's motion.

SIGNED and ENTERED this 12th day of January, 2007.

_____
Janis Graham Jack
United States District Judge