IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REYNALDO MENCHACA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | C.A. NO. 06-CV-0528 |
| | § | |
| ACADIAN INTEGRATED SOLUTIONS, | § | |
| a wholly-owned subsidiary of ACADIAN | § | |
| AMBULANCE SERVICE, INC. | § | |
| | § | |
| *Defendant.* | § | |

### NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE

Defendant, Acadian Integrated Solutions, a wholly-owned subsidiary of Acadian Ambulance Services, Inc., designates James T. Bailey as attorney-in-charge, in accordance with the Local Rules of the U.S. District Court for the Southern District of Texas.

James T. Bailey is a member in good standing with the State Bar of Texas and is admitted to practice before this Court.

James T. Bailey's Texas Bar Number is 24031711 and his Federal I.D. Number is 30347. His office address, telephone and fax number are as follows:

> Galloway, Johnson, Tompkins, Burr & Smith
> 1301 McKinney, Suite 1400
> Houston, Texas 77010
> (713) 599-0700 telephone
> (713) 599-0777 facsimile

James T. Bailey will be responsible for the lawsuit and will be the attorney to receive all communications from the Court and from other parties.

Respectfully submitted,

*[signature]*

James T. Bailey
Attorney-in-Charge
   Federal I.D. No. 30347
   State Bar No. 24031711
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile

**ATTORNEY FOR DEFENDANT ACADIAN INTEGRATED SOLUTIONS, A WHOLLY-OWNED SUBSIDIARY OF ACADIAN AMBULANCE SERVICES, INC.**

OF COUNSEL:

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing Designation of Attorney in Charge has been served on the following known counsel of record via the Southern District of Texas e-file system and/or U.S. certified mail, return receipt requested, if counsel is not a registered user, on this 17th day of October, 2007:

Mr. R. Blake Brunkenhoefer
BRUNKENHOEFER, ALMARAZ & SOLIS, P.C.
Suite 1770 Tower II
555 N. Carancahua
Corpus Christi, Texas 78475

*[signature]*

James T. Bailey